UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BLACKBIRD TECNHOLOGIES, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>PRATEEK JOSHI,<br><br>    Defendant. | Case No.  5:15-cv-04272-EJD<br><br>**MOTION SCHEDULING ORDER** |

As to Plaintiff's anticipated motion to remand, the court orders as follows:

1. Plaintiff shall file and serve the motion on or before **October 9, 2015.**

2. Defendant shall file and serve an opposition, if any, on or before **October 23, 2015.**

3. Any reply to the opposition shall be filed and served on or before **October 30, 2015.**

4. The court schedules a hearing on the motion for **9:00 a.m. on November 19, 2015.**

**IT IS SO ORDERED.**

Dated: September 24, 2015

_____
EDWARD J. DAVILA
United States District Judge