UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BLACKBIRD TECNHOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRATEEK JOSHI, <br><br> Defendant. | Case No. 5:15-cv-04272-EJD <br><br> **MOTION SCHEDULING ORDER** <br><br> Re: Dkt. No. 22 |

As to Defendant's Motion to Vacate the Temporary Restraining Order (Docket Item No. 22), the court orders as follows:

1. Plaintiff shall file and serve an opposition, if any, on or before **4:00 p.m. on September 28, 2015.**

2. Due to Federal Rule of Civil Procedure 65(b)(4)'s requirement that the court decide matter such as these "as promptly as justice requires," no reply will be considered and one should not be filed.

3. The matter will be deemed submitted upon the filing of the opposition or upon the close of business on September 28, 2015, whichever occurs first, and a decision will issue based on the papers unless the court orders otherwise.

**IT IS SO ORDERED.**

Dated:  September 25, 2015

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-cv-04272-EJD
MOTION SCHEDULING ORDER