DURIE TANGRI LLP
RAGESH K. TANGRI (SBN 159477)
rtangri@durietangri.com
MICHAEL H. PAGE (SBN 154913)
mpage@durietangri.com
JOSHUA H. LERNER (SBN 220755)
jlerner@durietangri.com
JOHANNA CALABRIA (SBN 226222)
jcalabria@durietangri.com
ADAM R. BRAUSA (SBN 298754)
abrausa@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:   415-362-6666
Facsimile:   415-236-6300

Attorneys for Plaintiff
BLACKBIRD TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BLACKBIRD TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRATEEK JOSHI, <br><br> Defendant. | Case No. 5:15-CV-04272-EJD <br><br> **STIPULATION OF JUDGMENT AND [PROPOSED] ORDER** <br><br> Ctrm:  4, 5th Floor <br> Judge:  Honorable Edward J. Davila |

## STIPULATION

Plaintiff Blackbird Technologies, Inc. ("Plaintiff") and Defendant Prateek Joshi ("Defendant") (collectively the "Parties"), by and through their respective counsel, hereby stipulate and agree to be bound as follows:

1. The parties engaged in a mediation with Judge Nathaniel Cousins.

2. In order to settle the case, the parties entered into the Stipulated Judgment attached hereto as Exhibit A.

IT IS SO STIPULATED AND AGREED.

Dated: November 20, 2015       DURIE TANGRI LLP

                               By:   */s/ Joshua H. Lerner*
                                      Joshua H. Lerner

                               Attorneys for Plaintiff
                               BLACKBIRD TECHNOLOGIES, INC.

Dated: November 20, 2015       COMPUTERLAW GROUP LLP

                               By:   */s/ Jack Russo*
                                      Jack Russo
                                      Christopher Sargent

                               Attorneys for Defendant
                               PRATEEK JOSHI

## FILER'S ATTESTATION PURSUANT TO CIV. L. R. 5-1(I)(3)

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Joshua H. Lerner, attest that concurrence in the filing of this document has been obtained.

                                      */s/ Joshua H. Lerner*
                                       Joshua H. Lerner

**~~PROPOSED~~ ORDER**

  Based on the parties' stipulation, and good cause being shown, IT IS SO ORDERED.  The Clerk of the Court is directed to enter the Stipulated Judgment attached as Exhibit A as the Court's final judgment in this matter.  All other existing dates and deadlines in this matter are hereby vacated.  As discussed in Exhibit A, the Court shall retain jurisdiction to enforce the Stipulated Judgment.

  The Clerk shall close this file.

Dated: 11/24/2015

                Honorable Edward J. Davila
                UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2015 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

*/s/ Joshua H. Lerner*
JOSHUA H. LERNER

# EXHIBIT A

STIPULATED JUDGMENT 11/17/2015 3:33 P.M.

Blackbird Technologies, Inc. v. Prateek Joshi

U.S. District Court, Northern District of California Case No. 15-cv-04272 EJD

1. Joshi shall and hereby does assign sole ownership of all right, title, and interest in and to the 1,650 lines of code he wrote during the period he worked for Blackbird (the "Disputed Code"), with full rights to exploit the same, to Blackbird.
2. Joshi, through his attorneys, by December 1, 2015, shall return or destroy all copies in his possession, custody, or control of: (1) Blackbird source code, (2) the Disputed Code; (3) all "branch 4" data; and (4) Blackbird training data, images as tagged, and customer search logs.
3. Joshi shall and hereby does acknowledge that he will honor and treat as valid the Proprietary Information and Inventions Agreement with Blackbird.
4. Blackbird audit rights. Blackbird, at its own expense, may audit this Stipulated Judgment up to 4 times before June 30, 2017.
5. The parties consent to the jurisdiction of the U.S. District Court, Northern District of California to enforce this Stipulated Judgment and will ask the Court to retain jurisdiction to enforce the Judgment.
6. Joshi must pay Blackbird $40,000 by June 30, 2017.
7. Blackbird and Joshi mutually release all claims against each other through the date of this Stipulated Judgment.
8. Each side to pay its own costs and attorneys' fees from this dispute.

IT IS AGREED

*[signature]*

Prateek Joshi

Blackbird Technologies, Inc.

*[signature]*

Nikhil Raghavan
Nov 18, 2015